DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FLORIDA INSURANCE GUARANTY ASSOCIATION, INC.,**
Appellant,

v.

**ENVIRON CONDOMINIUM II ASSOCIATION, INC.,**
Appellee.

No. 4D17-353

[March 8, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Judge; L.T. Case No. CACE07-012568(13).

Hinda Klein, of Conroy Simberg, Hollywood, for appellant.

Michelle K. Feinzig, of The Law Offices of Robin Bresky, Boca Raton, and Beth G. Lindie of Esler & Lindie P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN an and KLINGENSMITH, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***